

APR 0 4 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-16-0062-S3 |
| BENITO ZUNIGA | § | |
| OSVALDO GONZALEZ | § | |
| also known as Chavelo | § | |
| ADRIAN HUMBERTO RAMOS-RIVERA | § | |

## SUPERSDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about September 2015 to on or about December 16, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BENITO ZUNIGA**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to conceal, harbor, and shield from detection said aliens in any place, including any building or any means of transportation, to wit: in a residence located near Mission, Texas.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

### Count Two

On or about December 16, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BENITO ZUNIGA**

knowing and in reckless disregard of the fact that Douglas Ernesto Torres-Ramirez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, including any building or any means of transportation, to wit: in a residence located near Mission, Texas, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Three

On or about December 16, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BENITO ZUNIGA**

knowing and in reckless disregard of the fact that Nefy Jonathan Garcia-Zarate was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, including any building or any means of transportation, to wit: in a residence located near Mission, Texas, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Four

On or about December 16, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BENITO ZUNIGA**

knowing and in reckless disregard of the fact that Jose Antonio Serrano-Mendez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, including any building or any means of transportation, to wit: in a residence located near Mission, Texas, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### Count Five

On or about November 23, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BENITO ZUNIGA**
**OSVALDO GONZALEZ**
**also known as Chavelo**
**and**
**ADRIAN HUMBERTO RAMOS-RIVERA**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Mission, Texas, to another location near Mission, Texas, by means of motor vehicle.

During and in relation to the above violation of law, the death of two persons, namely, Jose Francisco Veliz-Castro and Carmelina Portillo, resulted from said conduct.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(iv).

## Count Six

On or about November 23, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BENITO ZUNIGA**
**OSVALDO GONZALEZ**
**also known as Chavelo**
**and**
**ADRIAN HUMBERTO RAMOS-RIVERA**

knowing and in reckless disregard of the fact that Jose Francisco Veliz-Castro was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Mission, Texas, to another location near Mission, Texas, by means of motor vehicle, for the purpose of commercial advantage and private financial gain.

During and in relation to the above violation of law, the death of a person, namely, Jose Francisco Veliz-Castro, resulted from said conduct.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iv).

## Count Seven

On or about November 23, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**BENITO ZUNIGA**
**OSVALDO GONZALEZ**
**also known as Chavelo**
**and**
**ADRIAN HUMBERTO RAMOS-RIVERA**

knowing and in reckless disregard of the fact that Carmelina Portillo was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move,

attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Mission, Texas, to another location near Mission, Texas, by means of motor vehicle, for the purpose of commercial advantage and private financial gain.

During and in relation to the above violation of law, the death of a person, namely, Carmelina Portillo, resulted from said conduct.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(iv).

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY